Fifth Avenue Library Society, Defendant in Error, v. J. A. Cavanaugh, Plaintiff in Error.

Gen. No. 19,180.     (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LABUY, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed May 4, 1914.

### Statement of the Case.

Action by Fifth Avenue Library Society, a corporation, against Dr. J. A. Cavanaugh to recover an amount due on a written contract for the purchase of books. To reverse a judgment in favor of plaintiff, defendant brings error.

BENJAMIN F. J. ODELL, for plaintiff in error.

BELL & CROSS, for defendant in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. ASSIGNMENTS, § 30*—*who may sue when demand arising under a contract is assigned.* Where a claim for a sum due on a written contract for the purchase of books has been assigned, an action may be maintained on such claim either by the original party or by the assignee.

2. DEPOSITIONS, § 40*—*when objections to answers must be made.* Where an objection to an answer to an interrogatory in a deposition could have been obviated by issuing a new commission and re-examining the witnesses, such objection must be made by motion to suppress before the trial, and it is too late to object to the testimony at the trial.

3. SALES, § 328*—*questions of fact.* In an action to recover a sum due on a written contract for the purchase of books, the question whether the books delivered corresponded with the sample shown *held* to be a question of fact on which the finding of the court on the evidence was conclusive.

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterly, same topic and section number.